```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :
NAMEL NORRIS,                                     :
                                                  :
                        Plaintiff,                :        21-CV-3600 (JMF)
                                                  :
          -v-                                     :        ORDER SCHEDULING
                                                  :        DEFAULT JUDGMENT
FRISOLINO, INC., et al.,                          :        BRIEFING AND SHOW
                                                  :          CAUSE HEARING
                        Defendants.               :
                                                  :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 22, 2021, Plaintiff filed his Complaint with the Court. *See* ECF No. 1. Defendants were served with the Complaint on May 11, 2021, and proof of service was filed with the Court. *See* ECF Nos. 9 & 10. To date, Defendants have neither answered the Complaint, nor otherwise appeared in this action. In light of the foregoing, it is hereby ORDERED that any motion for default judgment shall be filed, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), no later than **June 18, 2021**. Defendants shall file any opposition to the motion for default judgment no later than **June 25, 2021**. Defendants are cautioned that a corporation and a limited liability company may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007); *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), and where a either "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace*, 443 F.3d at 192 (internal quotation marks omitted).

If a motion for default judgment is filed, it is further ORDERED that Defendants appear and show cause before this Court, Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, on **July 7, 2021**, at **4:45 p.m.,** why an order should not be issued granting a default judgment against Defendants. Prior to that date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant. That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of April 23, 2021 including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference and by participating in an early mediation session at least two weeks prior to the conference. *See* ECF No. 7.

It is further ORDERED that Plaintiff serve Defendants via overnight courier (1) with a copy of this Order within **one business day of the date of this Order**; and (2) with a copy of the motion for default judgment and all supporting papers within **one business day** of the date of any such motion.  In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

Finally, it is ORDERED that the initial pretrial conference previously scheduled for **July 28, 2021** is adjourned *sine die*.

SO ORDERED.

Dated: June 4, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge